Bill HOHIMER, Appellant,

v.

Raymond MEIBAUM and Robert Hauetter, Respondents.

No. WD 61585.

Missouri Court of Appeals, Western District.

April 1, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 17, 2003.

Kevin L. Jamison, Gladstone, MO, for Appellant.

William M. Modrcin, Jr., Kansas City, MO, for Respondent, Raymond Meibaum.

Dana Chamin Tippin Cutler, Kansas City, MO, for Respondent, Robert H. Hauetter.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Bill and Linda Hohimer appeal the judgment of the trial court, which dismissed their cause of action as being time barred.

For the reasons set forth in the memorandum to the parties, we affirm. Rule 84.16(b).